FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2017 DEC 28 PM 1:07

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:17-cr-00624-T-35AEP
                                                      18 U.S.C. § 1028A(a)(1)
JOSE GERARDO MEJIA-RANGEL                              18 U.S.C. § 1015(e)
a/k/a "Gabriel Verdusco"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about August 9, 2016, and on or about July 14, 2017, in

the Middle District of Florida, and elsewhere, the defendant,

JOSE GERARDO MEJIA-RANGEL,
a/k/a "Gabriel Verdusco,"

did knowingly transfer, possess, and use, without lawful authority, a means of

identification of another person, specifically, the name of G.V. and G.V.'s

Social Security number, xxx-xx-0214, during and in relation to a felony

violation of 8 U.S.C. § 1326 (Illegal Reentry), as charged in Case No. 8:17-cr-

421-T-35AEP, and during and in relation to a felony violation of 18 U.S.C. §

1015(e) (False Statement to Obtain a State Benefit), as charged in Count Two

of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT TWO

Between on or about August 9, 2016, and on or about January 5, 2017, in the Middle District of Florida, the defendant,

**JOSE GERARDO MEJIA-RANGEL,**
a/k/a "Gabriel Verdusco,"

did knowingly make a false statement and claim that he was a citizen and national of the United States with the intent to obtain a Florida-issued identity card and Florida driver's license, a Florida state benefit, by utilizing the

2

identity information of another person, namely, G.V.'s name and social

security number, xxx-xx-0214.

In violation of 18 U.S.C. § Section 1015(e).

A TRUE BILL,

_____
Foreperson


W. STEPHEN MULDROW
Acting United States Attorney

By:   _____
Francis D. Murray
Assistant United States Attorney


By:   _____
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section


3

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JOSE GERARDO MEJIA-RANGEL
a/k/a "Gabriel Verdusco"

## INDICTMENT

Violations:     18 U.S.C. § 1028A(a)(1)
                18 U.S.C. § 1015(e)

A true bill,

_____
Foreperson

Filed in open court this 28th day of December 2017.

_____
Clerk

Bail $_____

GPO 863 525

Case 8:17-cr-00624-MSS-AEP   Document 1   Filed 12/28/17   Page 4 of 4 PageID 4